# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION,<br>1800 Massachusetts Avenue, NW,<br>Washington, D.C. 20036,<br><br>       Plaintiff,<br><br>       v.<br><br>NATIONAL LABOR RELATIONS BOARD;<br>LAUREN MCFERRAN, Chair,<br>JOHN RING, Board Member,<br>MARVIN KAPLAN, Board Member,<br>GWYNNE WILCOX, Board Member, and<br>DAVID PROUTY, Board Member<br>1015 Half Street, SE<br>Washington, D.C. 20570,<br><br>       Defendants. | CASE NO. 21-2443<br><br>**NOTICE OF APPEARANCE OF JOHN D'ELIA** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that John D'Elia of Service Employees International Union hereby appears as counsel for proposed Service Employees International Union in the above-captioned matter. He is admitted to practice in Washington, D.C. and before this Court. His contact information is as follows:

>JOHN D'ELIA
>SERVICE EMPLOYEES INTERNATIONAL UNION
>1800 Massachusetts Avenue, NW
>Washington, D.C. 20036
>Telephone: (202) 730-7149
>Facsimile:  (202) 429-5565
>Email: john.d'elia@seiu.org

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: September 17, 2021                SERVICE EMPLOYEES INTERNATIONAL UNION


                                         By:    /s/ John D'Elia
                                                JOHN D'ELIA