UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

```
-------------------------------------
SERVICE EMPLOYEES                    )
INTERNATIONAL UNION,                 )
1800 Massachusetts Avenue, NW,       )
Washington, D.C. 20036,              )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )      Civil Action No. 21-2443
                                     )
NATIONAL LABOR RELATIONS BOARD;      )
LAUREN MCFERRAN, Chair,              )
JOHN RING, Board Member,             )
MARVIN KAPLAN, Board Member,         )
GWYNNE WILCOX, Board Member, and     )
DAVID PROUTY, Board Member           )
1015 Half Street, SE                 )
Washington, D.C. 20570,              )
                                     )
        Defendants.                  )
-------------------------------------
```

## CERTIFICATE OF SERVICE

I, Nicole Berner, hereby certify that I am a member in good standing of the Bar of this Court and that on this 17th day of September, 2021, I sent the attached Complaint for Declaratory Judgment and Injunctive Relief via Next Day Service to the following parties listed below:

NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, D.C. 20570

LAUREN MCFERRAN
Chair
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, D.C. 20570

JOHN RING
Board Member
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, D.C. 20570

MARVIN KAPLAN
Board Member
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, D.C. 20570

GWYNNE WILCOX
Board Member
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, D.C. 20570

DAVID PROUTY
Board Member
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, D.C. 20570

CHANNING D. PHILLIPS
Acting US Attorney District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20001

All parties required to be served have been served.

Nicole G. Berner
Service Employees International
Union1800 Massachusetts Avenue
NW Washington, D.C. 20036
(202) 730-7168

*Counsel of Record*