# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES<br>INTERNATIONAL UNION,<br>1800 Massachusetts Avenue, NW,<br>Washington, D.C. 20036,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL LABOR RELATIONS BOARD;<br>LAUREN MCFERRAN, Chair,<br>JOHN RING, Board Member,<br>MARVIN KAPLAN, Board Member,<br>GWYNNE WILCOX, Board Member, and<br>DAVID PROUTY, Board Member<br>1015 Half Street, SE<br>Washington, D.C. 20570,<br><br>    Defendants. | CASE NO. 21-2443<br><br>**NOTICE OF APPEARANCE OF**<br>**CLAIRE PRESTEL** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Claire Prestel of Service Employees International Union hereby appears as counsel for proposed Service Employees International Union in the above-captioned matter. She is admitted to practice in Washington, D.C. and before this Court. Her contact information is as follows:

> CLAIRE PRESTEL
> SERVICE EMPLOYEES INTERNATIONAL UNION
> 1800 Massachusetts Avenue, NW
> Washington, D.C. 20036
> Telephone: (202) 730-7468
> Facsimile:  (202) 429-5565
> Email: claire.prestel@seiu.org

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: September 17, 2021              SERVICE EMPLOYEES INTERNATIONAL UNION


                                       By:    /s/ Claire Prestel
                                              CLAIRE PRESTEL