AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Service Employees International Union | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-2443 |
| National Labor Relations Board, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Labor Relations Board       .

Date:    10/05/2021

/s/ Paul A. Thomas
*Attorney's signature*

Paul A. Thomas, Cal. SBN 280445
*Printed name and bar number*

1015 Half St. SE
Washington, DC 20003

*Address*

paul.thomas@nlrb.gov
*E-mail address*

(202) 273-3788
*Telephone number*

(202) 273-4244
*FAX number*