IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL LABOR RELATIONS BOARD, et al,<br><br>    Defendants. | Case No. 21-cv-2443-RC |

**DEFENDANTS' UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO FILE AN ANSWER**

Defendants, the National Labor Relations Board, et al. (the Board), by and through their undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 6(b) for a 30-day extension of time to file an answer to the Complaint. In support of this Motion, the Board states as follows:

1. This case involves a challenge to a final rule (85 Fed. Reg. 11184) issued by the Board on February 26, 2020 (hereinafter the "Rule"). The Rule establishes a standard for determining whether two employers are a joint employer under the National Labor Relations Act [29 U.S.C. §§151-169], and it has been in effect since April 27, 2020.

2. On September 17, 2021, Plaintiff, Service Employees International Union, filed its Complaint against the Board, and the five individual Board members, seeking declaratory judgment and injunctive relief from the Rule (Doc. No. 1).

3. On December 6, 2021, the Chamber of Commerce of the United States of America and the International Franchise Association (Proposed Intervenors), filed a Motion to Intervene as defendants (Doc. No. 26). The Board and SEIU's response to this Motion is due on January 10, 2022 (Minute Order December 10, 2021).

4. By order of the Court, the Board's answer to the Complaint was first due on or before November 26, 2021 (Doc. No. 19). Pursuant to the Board's unopposed motion, the Court extended deadline for the Board to file its answer to the current due date of December 27, 2021.

5. On December 22, 2021, the Board and the SEIU filed a Joint Motion To Stay Litigation requesting that the Court stay the current litigation, including all preexisting filing deadlines, and hold the case in abeyance for 6 months from the date of the Court's Order. (Doc. No. 36). The Joint Motion to Stay Litigation is based on the Board's intent to revisit the Rule that is the subject of this litigation. As stated in the Joint Motion to Stay Litigation, Proposed Intervenors oppose the stay only to the extent that it delays consideration of their requested intervention.

6. The Board here seeks a second 30-day extension of time, to and including January 26, 2022, to file its answer.

5. The Board seeks the extension of time to file its answer to provide the Court time to appropriately consider the pending Joint Motion to Stay Litigation. Given the Prospective Intervenors' qualified opposition to the Joint Motion to Stay Litigation, the Board is concerned the Court may not decide rule on the Joint Motion to Stay Litigation prior to the current due date for the Board to file its answer. The Board also seeks to avoid wasting resources on filing an answer if the stay is granted. The requested extension of time is appropriate to resolve the Board's concerns and any similar concerns the Court may have.

6. On December 22, 2021, the counsel for the Board informed Plaintiff and Prospective Intervenors of the Board's intent to file the instant Motion. Plaintiff and Prospective Intervenors have informed the Board they do not oppose the requested 30-day extension of time for the Board to file an answer.

WHEREFORE, the Board respectfully requests that the Court grant this Motion and permit the Board to file its answer to the Complaint no later than January 26, 2021. A proposed Order is provided.

Respectfully submitted,

NATIONAL LABOR RELATIONS BOARD

/s/ Dean Owens
Dalford Dean Owens, Jr.
Supervisory Attorney
202-273-2934
dean.owens@nlrb.gov

Christine Flack
Attorney
202-273-2842
christine.flack@nlrb.gov

Paul Augustus Thomas
Attorney
(202) 273-3788
paul.thomas@nlrb.gov

Tyler James Wiese
Attorney
952-703-2891
tyler.wiese@nlrb.gov

Contempt Compliance & Special Litigation Branch
1015 Half Street SE
Fourth Floor
Washington, DC 20003

Dated December 23, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, <br><br>　　　　　Plaintiff, <br>　　v. <br><br>NATIONAL LABOR RELATIONS BOARD, et al, <br><br>　　　　　Defendants. | Case No. 21-cv-2443-RC |

**JOINT MOTION TO STAY LITIGATION**
**[PROPOSED] ORDER**

This Court is in receipt of the Motion for Extension of Time filed by Defendants, the National Labor Relations Board, et al. The Court hereby GRANTS the Motion. Answers for all Federal Defendants shall be due no later than January 26, 2022.

　　SO ORDERED.

　　Dated this ____ day of _____, 2021.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Judge Rudolph Contreras
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that on December 23, 2021, I filed the foregoing, Defendants' Unopposed Motion For An Extension Of Time To File An Answer, with this Court using the CM/ECF filing system, and a copy is being served on the ECF Filers electronically by the Notice of Docket activity.

/s/ Dean Owens
Dalford Dean Owens, Jr.
Attorney
202-273-2934
dean.owens@nlrb.gov