IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, <br><br> Plaintiff, <br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )  Case No. 21-cv-2443-RC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STATUS REPORT

The National Labor Relations Board (the Board) submits this second Status Report pursuant to the Minute Order signed by the Honorable Judge Rudolph Contreras on January 6, 2022. The Board remains actively engaged in preparing to publish in the Federal Register a notice of proposed rulemaking on the standard for determining whether two employers are a joint employer under the National Labor Relations Act [29 U.S.C. §§151-169]. The Board intends to issue a notice of proposed rulemaking no later than August 31, 2022, barring unforeseen circumstances. Prior to the July 5 due date of the Board's next status report,

counsel for the Board intends to confer with Plaintiffs' counsel regarding seeking

an extension of the stay of all proceedings and deadlines in this case.


Respectfully submitted,

NATIONAL LABOR RELATIONS BOARD


/s/
Christine Flack
Attorney
202-273-2842
christine.flack@nlrb.gov

Tyler James Wiese
Attorney
952-703-2891
tyler.wiese@nlrb.gov

Contempt, Compliance, and Special
Litigation Branch
1015 Half Street SE
Fourth Floor
Washington, DC 20003

Dated May 6, 2022

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 6, 2022, I filed the foregoing Status Report with this

Court using the CM/ECF filing system, and a copy is being served on the ECF

Filers electronically by the Notice of Docket activity.


<u>/s/ Christine Flack        </u>
Christine Flack
Attorney
202-273-2842
christine.flack@nlrb.gov