IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) |
| NATIONAL LABOR RELATIONS BOARD, et al., | ) ) ) |
| Defendants. | ) ) ) |

Case No. 21-cv-2443-RC

**INTERIM STATUS REPORT**

Defendants, the National Labor Relations Board, et al. (collectively, the Board), file this Interim Status Report pursuant to the Court's order granting the Board's Unopposed Motion to Stay [Minute Order dated Sept. 12, 2022].

**Procedural History**

1.     This case involves a challenge to a final rule (85 Fed. Reg. 11184) issued by the Board on February 26, 2020 (Rule). The Rule establishes a standard for determining whether two employers are a joint employer under the National Labor Relations Act (29 U.S.C. §§ 151–69).

2.     On September 17, 2021, Plaintiff Service Employees International Union (SEIU) filed its Complaint against the Board and the five individual Board

members, seeking declaratory judgment and injunctive relief from the Rule [ECF No. 1]. The Board's Answer to the Complaint was due on December 27, 2021, but was postponed by orders of the court described below in paragraphs 5 and 6.

3.      On December 6, 2021, the Chamber of Commerce of the United States of America and the International Franchise Association (Proposed Intervenors), filed a Motion to Intervene as defendants [ECF No. 26]. The Board and SEIU's responses to this Motion were due on January 10, 2022 [Minute Order Dec. 10, 2021], but were postponed by the current stay.

4.      On December 10, 2021, the Board announced, by publication in the Fall 2021 Unified Agenda of Regulatory and Deregulatory Actions, its intent to engage in further rulemaking on the issue of the joint employment standard and to issue a Notice of Proposed Rulemaking. OFFICE OF INFORMATION AND REGULATORY AFFAIRS, UNIFIED AGENDA—NLRB JOINT EMPLOYER, https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202110&RIN=3142-AA21 (Fall 2021).

5.      On January 6, 2022, pursuant to a joint motion filed by the Board and Plaintiff SEIU, the Honorable Judge Rudolph Contreras stayed all proceedings and deadlines in this case until July 6, 2022, and ordered the Board to submit status reports every 60 days from the date of the order [Minute Order Jan. 6, 2022].

6.      On June 30, 2022, pursuant to an unopposed motion filed by the

Board, the Honorable Judge Contreras further stayed all proceedings until

September 6, 2022 and ordered that the parties file a joint status report on that date.

[Minute Order June 30, 2022].

7.      On September 6, 2022, the Board filed a joint status report pursuant to

the Court's order. In that report, the Board indicated that a notice of proposed

rulemaking regarding a forthcoming rule for determining whether two employers

are a joint employer under the National Labor Relations Act (29 U.S.C. §§ 151–

69) was set to be published in the Federal Register on September 7, 2022.

8.      On September 7, 2022, the notice of proposed rulemaking referenced

above was published in the Federal Register. *Standard for Determining Joint

Employer Status,* 87 Fed. Reg. 54,651 (Sept. 7, 2022), *available at*

https://www.federalregister.gov/documents/2022/09/07/2022-19181/standard-for-

determining-joint-employer-status (Joint Employer NPRM). The Joint Employer

NPRM proposes to rescind and replace the current joint employer standard at issue

in this litigation, subject to notice and comment. *Id.* at 54,651. The initial comment

period for the Joint Employer NPRM was set to close on November 7, 2022, and

the initial deadline for reply comments was set to November 21, 2022.

9.      On September 12, 2022, pursuant to an unopposed motion by Board,

the Court granted a stay of all proceedings until March 13, 2023, and ordered the

Board to file an Interim Status Report by December 21, 2022 [Minute Order Sept. 12, 2022].

## Interim Status Report

10.    On October 14, 2022, the Board announced that it was extending the initial comment period of the Joint Employer NPRM to December 7, 2022, and extending the period for reply comments to December 21, 2022, to provide the public a full opportunity to comment on the NPRM. *See NLRB Extends Time for Submitting Comments on Proposed Rule Concerning the Joint-Employer Standard* (Oct. 14, 2022)*, available at* https://www.nlrb.gov/news-outreach/news-story/nlrb-extends-time-for-submitting-comments-on-proposed-rule-concerning-the. On October 19, 2022, a notice was published in the Federal Register extending the period for initial comments and reply comments to the aforementioned dates. *Standard for Determining Joint Employer Status*, 87 Fed. Red 54,641 (Oct. 19, 2022), *available at* https://www.federalregister.gov/documents/2022/10/19/2022-22690/standard-for-determining-joint-employer-status.

11.    To date, the Board has received almost 13,000 comments in response to the NPRM. *See Standard for Determining Joint Employer Status-Proposed Rule*, https://www.regulations.gov/document/NLRB-2022-0001-0001 (last visited Dec. 19, 2022). The Board is in the process of reviewing those comments.

12.    Once the period for reply comments closes on December 21, 2022, the Board will have to carefully review all received comments and formulate a final rule.

13.    Barring any unforeseen developments, the Board expects to issue the final rule in August 2023.

14.    The stay in the instant litigation is in effect through March 13, 2023. Prior to the expiration of the stay, the Board intends to file a motion to extend the stay for an appropriate period of time to conclude this rulemaking. The Board's motion will update the Court on the status of the joint employer rulemaking.

Respectfully submitted,

NATIONAL LABOR RELATIONS BOARD

/s/_____
Tyler James Wiese
Attorney
952-703-2891
tyler.wiese@nlrb.gov

Christine Flack
Attorney
202-273-2842
christine.flack@nlrb.gov

Contempt, Compliance, and Special
Litigation Branch
1015 Half Street SE
Fourth Floor
Washington, DC 20003

Dated December 20, 2022

## **CERTIFICATE OF SERVICE**

I certify that on December 20, 2022, I filed the foregoing Interim Status Report with this Court using the CM/ECF filing system, and a copy is being served on the ECF Filers electronically by the Notice of Docket activity.


/s/_____
Tyler James Wiese
Attorney
952-703-2891
tyler.wiese@nlrb.gov