IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL LABOR RELATIONS BOARD, et al.,<br><br>          Defendants. | Case No. 21-cv-2443-RC |

**UNOPPOSED MOTION FOR FURTHER EXTENSION OF LITIGATION STAY**

Pursuant to the Minute Order entered on March 13, 2023, all proceedings and deadlines in this case are stayed until August 31, 2023. Defendants, the National Labor Relations Board, et al. (the Board), move the Court to issue an order extending the stay in this case until October 12, 2023.

Defendants incorporate by reference the paragraphs set forth in their March 13, 2023 Unopposed Motion for Further Extension of Litigation Stay [ECF No. 44], but modify and supplement paragraphs 10, 11, and 13, as follows.

The Board received about 13,000 comments[1] in response to its proposed rule regarding the standard for determining whether two employers are a joint employer under the National

---

[1] *See Standard for Determining Joint Employer Status-Proposed Rule*, https://www.regulations.gov/document/NLRB-2022-0001-0001.

Labor Relations Act [29 U.S.C. §§151-169].[2] The Board remains in the process of reviewing those voluminous comments and drafting a final rule. Accordingly, the Board seeks to extend the extant stay through October 12, 2023 in order to conclude this rulemaking.

Counsel for the Board solicited Counsel for Plaintiff for its position and informed the Proposed Intervenors regarding this Motion. Plaintiff and Proposed Intervenors stated that they do not oppose this Motion and the requested relief sought.

Respectfully submitted,

NATIONAL LABOR RELATIONS BOARD

/s/ Christine Flack
Christine Flack
Attorney
202-273-2842
christine.flack@nlrb.gov

Tyler James Wiese
Attorney
952-703-2891
tyler.wiese@nlrb.gov

Contempt, Compliance, and Special Litigation Branch
1015 Half Street SE
Fourth Floor
Washington, DC 20003

Dated August 23, 2023

---

[2] *Standard for Determining Joint Employer Status*, 87 Fed. Reg. 54,651 (Sept. 7, 2022), *available at* https://www.federalregister.gov/documents/2022/09/07/2022-19181/standard-for-determining-joint-employer-status.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>           Plaintiff,<br>v.<br><br>NATIONAL LABOR RELATIONS BOARD, et al.,<br><br>           Defendants. | Case No. 21-cv-2443-RC |

## [PROPOSED] ORDER

This Court is in receipt of the Unopposed Motion for Further Extension of Litigation Stay filed by Defendants, the National Labor Relations Board, et al. The Motion is GRANTED. All proceedings and deadlines in this case are stayed until October 12, 2023.

SO ORDERED.

_____
Judge Rudolph Contreras
United States District Judge

Dated this _____ day of _____, 2023.

**CERTIFICATE OF SERVICE**

    I certify that on August 23, 2023, I filed the foregoing Unopposed Motion for Further Extension of Litigation Stay with this Court using the CM/ECF filing system, and a copy is being served on the ECF Filers electronically by the Notice of Docket activity.

                                                   /s/ Christine Flack
                                                   Christine Flack
                                                   Attorney
                                                   202-273-2842
                                                   christine.flack@nlrb.gov