# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES<br>INTERNATIONAL UNION,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL LABOR RELATIONS BOARD, et al.,<br><br>    Defendants. | Case No. 21-cv-2443-RC |

## **[PROPOSED] ORDER**

This Court is in receipt of the Unopposed Motion to Stay Litigation by Plaintiff, Service Employees International Union ("SEIU"). SEIU requests that the litigation be held in abeyance until the NLRB acts on the petitions for joint-employer rulemaking pending before the NLRB, by initiating new rulemaking proceedings or denying those petitions.

The motion is **GRANTED**. The litigation is stayed until 30 days after the NLRB acts on the pending petitions for joint-employer rulemaking. The parties are ordered to file a joint status report within 30 days after such action by the NLRB.

**SO ORDERED.**

Dated this \_\_\_\_ day of _____, 2024.

                 _____
                 Judge Rudolph Contreras
                 United States District Judge