# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, | : : : | |
| Plaintiff, | : : | Civil Action No.:   21-2443 (RC) |
| v. | : : | Re Document No.:   61 |
| NATIONAL LABOR RELATIONS BOARD, *et al.*, | : : : | |
| Defendants. | : | |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Proposed Briefing Schedule (ECF No. 61) it is hereby **ORDERED** that the following schedule shall govern proceedings in this case:

1. Twenty-one (21) days after the Court issues this scheduling order, any response or opposition to the Motion to Intervene by the NLRB or SEIU is due.

2. Ten (10) days after the last response or opposition to the Motion to Intervene is filed, Proposed Intervenors' Reply is due.

3. At the conclusion of the above-described briefing, the Court shall issue an Order ruling on the Motion to Intervene.

4. Thirty (30) days after the Court rules on the Motion to Intervene, the Parties shall confer and file with the Court an Appendix consisting of the limited record to be used in the Parties' motions for summary judgment, if such motions are necessary in this case.

5. Thirty (30) days after the Court rules on the Motion to Intervene, the NLRB's Motion to Transfer to the D.C. Circuit for Lack of Subject-Matter Jurisdiction is due.

6. Twenty-one (21) days after the Motion to Transfer is filed, any response or opposition to that motion is due.

7. Fourteen (14) days after the last response or opposition is filed, the NLRB's Reply is due.

8. At the conclusion of the above-described briefing, the Court shall issue an Order ruling on the Motion to Transfer.

9. If the Court denies the NLRB's Motion to Transfer and retains jurisdiction over the case, then forty-five (45) days after the Court rules on the Motion to Transfer, SEIU's Motion for Summary Judgment is due.

10. Forty-five (45) days after SEIU's Motion for Summary Judgment is filed, the NLRB's Combined Opposition and Cross Motion is due; if the Court has granted the Motion to Intervene, then the Proposed Intervenors' Combined Opposition and Cross Motion is due.

11. Thirty (30) days after the combined oppositions and cross motions are filed, SEIU's Combined Reply and Opposition to Cross Motions of NLRB and Proposed Intervenors is due.

12. If responding to the NLRB and Intervenors, a 55-page limit applies; if only responding to the NLRB, a 45-page limit applies.

13. Thirty (30) days after SEIU's Combined Reply and Opposition is filed, NLRB reply is due; Proposed Intervenors' Reply is also due.

**SO ORDERED**.

Dated: March 26, 2025                                                                RUDOLPH CONTRERAS
                                                                                                      United States District Judge